**HANNUM FERETIC PRENDERGAST & MERLINO, LLC**
ATTORNEYS AT LAW
One Exchange Plaza
55 Broadway, Suite 202
New York, NY 10006

(212) 530-3900
(212) 530-3910 Facsimile

WWW.HFPMLAW.COM

DAVID P. FEEHAN, ESQ.
DIRECT DIAL: 212-530-3908
E-MAIL: DFEEHAN@HFPMLAW.COM

October 7, 2024

**VIA ECF:**
Magistrate Judge Sanket J. Bulsara
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201

      RE:  **RUBBANI V. KUEHNE CHEMICAL COMPANY INC.**
             Docket Number:   1:23-cv-00684-HG

Dear Magistrate Judge Sanket J. Bulsara:

      We represent the defendants in this case which involves an automobile accident with jurisdiction based on diversity of citizenship. The defendants are being defended through their insurance carrier, Berkley Environmental. We have a settlement conference scheduled before you next week on Wednesday October 16, 2024, at 11:30 am.

      I am writing to you, on consent of the plaintiff, to request the presence of my claims professional to be excused from the settlement conference. He will be available by phone, and I will have full settlement authority. My claims professional lives and works in Florida and is in the process of preparing for the impending Hurricane Milton, including the possible evacuation of his family from the expected impact area.

      We respect the settlement process and will be prepared to discuss the case and have every intention of engaging in good faith negotiations and settlement talks.

      Thank you for your attention to this matter.

Respectfully,

/s/ David P. Feehan
David P. Feehan, Esq.
