# HANNUM FERETIC PRENDERGAST & MERLINO, LLC

ATTORNEYS AT LAW
One Exchange Plaza
55 Broadway, Suite 202
New York, NY 10006

(212) 530-3900
(212) 530-3910 Facsimile

WWW.HFPMLAW.COM

DAVID P. FEEHAN, ESQ.
DIRECT DIAL: 212-530-3908
E-MAIL: DFEEHAN@HFPMLAW.COM

October 31, 2024

**VIA EMAIL:**
U.S. District Court
Eastern District of New York
Courtroom 504 N

Attn: Magistrate Judge Sanket J. Bulsara

      RE: **RUBBANI V. KUEHNE CHEMICAL COMPANY INC.**
           Docket Number:   1:23-cv-00684-HG

Dear Magistrate Judge Sanket J. Bulsara:

    Please be advised that this has been settled in principle and the parties are in the process of exchanging the settlement agreement and release. We will not need the settlement conference that is currently scheduled before you on November 4, 2025. We still need to finalize the release and will file a stipulation of dismissal once we have completed the settlement paperwork.

    Thank you for your attention to this matter.

Respectfully,

David P. Feehan, Esq.

Cc: Nick Tzaneteas via ECF